PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Joanne Catherine Laducer        Docket No.        2:12CR00087-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shane Moore, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joanne Catherine Laducer who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, U.S. Magistrate Judge, sitting in court at Spokane, Washington, on the 3rd day of July 2012 under the following conditions:

**Condition #19**: The defendant shall refrain from any use of alcohol; and

**Condition #20**: There shall be no alcohol in the home where the defendant resides.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant admitted consuming "one or two" alcoholic beverages on August 3, 2012.

**Violation #2**: On August 3, 2012, the defendant, at her residence, was in possession of a six-pack of "Hard Iced Tea," an unopened 30-pack of beer, and an open can of beer located behind the defendant's front door.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/08/2012

by    s/Shane Moore

Shane Moore
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

08-09-2012
Date