UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-087-LRS |
| Plaintiff, | ORDER FOLLOWING: |
| v. | ☑ INITIAL APPEARANCE |
| JOANNE CATHERINE LADUCER, | ☑ PRETRIAL RELEASE REVOCATION HEARING |
| Defendant. | ☑ ORAL MOTION TO MODIFY DENIED **(ECF No. 53)** |

Date of hearing: August 30, 2012.

☑ Petition for action: Pretrial

Defendant was advised of, and acknowledged, Defendant's rights.

☑ Defendant is released on the previously ordered conditions of release.

☑ Other: Defendant concedes consuming alcohol. She requests modification of the condition of release prohibiting alcohol use. The request is **DENIED.**

DATED August, 2012.

                             S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER - 1