# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE CATHERINE LADUCER,<br><br>Defendant. | NO. CR-12-087-LRS<br><br>**ORDER RE MISTRIAL** |

On February 8, 2013, the jurors in the trial of this matter reported they were hopelessly deadlocked and could not reach a unanimous verdict. Defendant's counsel moved for a mistrial and it was granted.

Pursuant to 18 U.S.C. Section 3161(e), if a defendant is to be tried again following declaration of a mistrial, the trial is to commence within 70 days. Defendant, however, executed a waiver of speedy trial (ECF No. 134) and accordingly, jury trial is this matter will be on **June 17, 2013 at 9:00 a.m. in Spokane**.  A pre-trial conference will be conducted on **June 4, 2013 at 3:30 p.m. in Spokane**.

Pursuant to Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from April 19, 2013, that being 70 days from the declaration of mistrial on February 8, through **June 17, 2013**, the new date of the trial, as the period of delay granted for adequate preparation by counsel.

//
//
//

**ORDER RE MISTRIAL-            1**

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to counsel and to the U.S. Marshal.

**DATED** this ___11th___ day of February, 2013.

*s/Lonny R. Suko*
───────────────────────
LONNY R. SUKO
United States District Judge

**ORDER RE MISTRIAL-**            2