PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.         Joanne Catherine Laducer            Docket No.            2:12CR00087-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shane Moore, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joanne Catherine Laducer who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 3rd day of July 2012 under the following conditions:

**Condition #19**: The defendant shall refrain from any use of alcohol.

**Condition #20**: There shall be no alcohol in the home where the defendant resides.

**Condition #2**: Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

On March 28, 2013, the defendant's unopposed oral Motion to continue the initial appearance was granted to permit her to enter into an inpatient treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant admitted consuming "three" alcoholic beverages on February 27, 2013. The defendant, at her residence, was observed consuming an alcoholic beverage by this officer while conducting an unannounced home contact.

**Violation #2**: On February 27, 2013, the defendant, at her residence, was in possession of at least six open cans of beer located in the defendant's residence.

**Violation #3**: On April 4, 2013, an unannounced home contact was attempted at the defendant's residence. Upon arrival, the undersigned officer observed an individual quickly get up from the couch inside the residence and run to the back of the home. When the undersigned knocked on the door to the residence, an unknown individual opened the door. The defendant's daughter was in the home and became very combative when this officer inquired as to the defendant's whereabouts. I further asked if the defendant reported for treatment, to which the defendant's daughter replied "yes." At this point, the daughter became belligerent and yelled expletives at the undersigned.

**Violation #4**: After departing the residence, the undersigned reported to the treatment agency to confirm the defendant reported as scheduled. I was informed that Ms. Laducer failed to attend her appointment last week, however, had rescheduled to report today. It was reported that Joanne Laducer failed to report for her appointment to treatment this date.



RECEIVED
U.S. DISTRICT COURT
APR 4 - 2013 at 1:25 pm

UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

PS-8
Re: Laducer, Joanne Catherine
April 4, 2013
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/04/2013

by s/Shane Moore

Shane Moore
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

April 4, 2013
Date